-FILED-

MAY 2 1 2025

Chanda J. Berda, Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:25-cr-58 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| CARTER CALDWELL | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNTS 1-9

On or about the following dates, in the Northern District of Indiana, **CARTER CALDWELL**, defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the dealers with respect to any fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, that his current state of residence and address was 522 Broken Bow Trail Apartment 2210 Indianapolis, IN, whereas in truth and in fact, he well knew that his current state of residence and address was not 522 Broken Bow Trail Apartment 2210

Indianapolis, IN;

All in violation of Title 18, United States Code, Section 922(a)(6).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 1 | Oct. 5, 2022 | FFL #1 |
| 2 | Oct. 8, 2022 | FFL #1 |
| 3 | Oct. 16 2022 | FFL #2 |
| 4 | Nov. 9 2022 | FFL #1 |
| 5 | Nov. 22, 2022 | FFL #2 |
| 6 | Nov. 23, 2022 | FFL #2 |
| 7 | Dec. 9, 2022 | FFL #2 |
| 8 | Dec. 13, 2022 | FFL #2 |
| 9 | Dec. 22, 2022 | FFL #2 |

## THE GRAND JURY FURTHER CHARGES:

### COUNTS 10-18

On or about the following dates, in the Northern District of Indiana,

### CARTER CALDWELL,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealer, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, on the following dates, that his current state of residence and address was 522 Broken Bow Trail Apartment 2210 Indianapolis, IN, whereas in truth and in fact, he well knew that his current state of residence and address was not 522 Broken Bow Trail Apartment 2210 Indianapolis, IN;

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

| COUNT | DATE | FIREARMS DEALER |
|---|---|---|
| 10 | Oct. 5, 2022 | FFL #1 |
| 11 | Oct. 8, 2022 | FFL #1 |
| 12 | Oct. 16, 2022 | FFL #2 |
| 13 | Nov 9, 2022 | FFL #1 |
| 14 | Nov. 22, 2022 | FFL #2 |
| 15 | Nov. 23, 2022 | FFL #2 |
| 16 | Dec. 9, 2022 | FFL #2 |
| 17 | Dec. 13, 2022 | FFL #2 |
| 18 | Dec. 22, 2022 | FFL #2 |

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON


TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY


By: */s/ Joel L. Mathur*
Joel L. Mathur
Assistant United States Attorney


*/s/ David J. Nozick*
David J. Nozick
Assistant United States Attorney